AARON D. FORD
Attorney General
KEVIN A. PICK (Bar No. 11683)
Senior Deputy Attorney General
CARRIE L. PARKER (Bar No. 10952)
Deputy Attorney General
State of Nevada
Office of the Attorney General
5420 Kietzke Lane, Suite 202
Reno, NV  89511
(775) 687-2129 (phone)
(775) 688-1822 (fax)
Email: kpick@ag.nv.gov
            cparker@ag.nv.gov
*Attorneys for Defendants,
Department of Agriculture*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ANETTE RINK, DVM, PhD,<br><br>    Plaintiff,<br><br>v.<br><br>STATE OF NEVADA, DEPARTMENT OF AGRICULTURE; JERRI WILLIAMS-CONRAD; JULIAN JOSEPH GOICOECHEA, DVM; and DOUGLAS FERRIS; DOES 1-10; ABC CORPORATION 1-10; XYZ CORPORATION 1-10,<br><br>    Defendant. | Case No.  3:20-cv-00505-RCJ-CLB<br><br>**ORDER TO EXTEND TIME FOR DEFENDANTS TO FILE REPLY IN SUPPORT OF  MOTION TO DISMISS**<br><br>**(FIRST REQUEST)** |

Defendants, STATE OF NEVADA, DEPARTMENT OF AGRICULTURE (hereinafter, "NDA"), JERRI WILLIAMS-CONRAD, JULIAN JOSEPH GOICOECHEA, and DOUGLAS FARRIS, and PLAINTIFF ANETTE RINK, DVM, PhD, pursuant to LR IA 6-1, LR IA 6-2, by and through their respective counsel of record, hereby stipulate and agree to a 4-day extension of time, up to and including Friday, November 6, 2020, for Defendants to file their reply brief in support of their Motion to Dismiss (ECF No. 6).

/ / / /

1

This is the first request for an extension of time for Defendants to file a reply in support of their Motion to Dismiss. Defendants' reply is currently due on Monday, November 2, 2020.

This request is based on good cause and not for purpose of delay. Defendants are requesting additional time to file a reply brief in support of Defendants' Motion to Dismiss to accommodate defense counsel's pre-existing professional obligations as well as the closure of state offices on Friday, October 30, 2020, which is Nevada Day. This is the first request for an extension.

Upon agreement by and between all the parties, through their respective counsel, the undersigned counsel requests that this Court grant Defendants a 4-day extension of time, up to and including Friday, November 6, 2020, for Defendants to file their reply brief in support of their Motion to Dismiss (ECF No. 6).

DATED: October 27, 2020

| AARON D. FORD<br>Attorney General | BLANCHARD, KRASNER & FRENCH |
|---|---|
| By: /s/ Carrie L. Parker<br>    KEVIN A. PICK<br>    Senior Deputy Attorney General<br>    Nevada Bar No. 11683<br>    CARRIE L. PARKER<br>    Deputy Attorney General<br>    Nevada Bar No. 10952<br>    Office of the Attorney General<br>    *Attorneys for Defendants* | By: /s/ *Nicole M. Harvey*<br>    NICOLE M. HARVEY<br>    Nevada Bar No. 11147<br>    5470 Kietzke Lane, Suite 200<br>    Reno, NV 89511<br>    Tele: (775) 384-0022<br>    Email: nharvey@bkflaw.com<br>    *Attorney for Plaintiff* |

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

Dated: November 24, 2020.