**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

ANNETTE RINK, PhD,

                         Plaintiff,

   v.

STATE OF NEVADA, et al.,

                     Defendants.

3:20-CV-0505-RCJ-CLB

**ORDER**

Before the court is Defendants' motion to stay discovery pending resolution of motion to dismiss. (ECF No. 32). Plaintiff filed a notice of non-opposition (ECF No. 33), and Defendants replied (ECF No. 34).

Pursuant to Local Rule 7-2(d), the failure of an opposing party to file points and authorities in response to any motion . . . constitutes a consent to the granting of the motion. Therefore, Defendants' motion to stay discovery pending resolution of motion to dismiss (ECF No. 32) is **GRANTED**.

Following a ruling on the motion to dismiss, the parties shall meet and confer within twenty days and file an updated discovery plan and scheduling order on any claims that may remain.

**DATED:** __May 6, 2021__

_____
**UNITED STATES MAGISTRATE JUDGE**