# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ANETTE RINK, DVM, PhD,<br><br>　　　　Plaintiff,<br><br>v.<br><br>STATE OF NEVADA, DEPARTMENT OF AGRICULTURE; JERRI WILLIAMS-CONRAD; JULIAN JOSEPH GOICOECHEA, DVM; and DOUGLAS FERRIS; DOES 1-10; ABC CORPORATION 1-10; XYZ CORPORATION 1010,<br><br>　　　　Defendant. | Case No.  3:20-cv-00505-RCJ-CLB<br><br><br>**ORDER FOR DISMISSAL WITH<br>PREJUDICE** |

Defendant, STATE OF NEVADA, DEPARTMENT OF AGRICULTURE (hereinafter, "NDA"), by and through its counsel, AARON D. FORD, Nevada Attorney General, KEVIN A. PICK, Senior Deputy Attorney General, and CARRIE L. PARKER, Deputy Attorney General, and Plaintiff ANETTE RINK, DVM, PhD, by and through her counsel, NICOLE M. HARVEY, ESQ., hereby stipulate and agree that, consistent with the requirements of Federal Rule of Civil

* * *

1

Procedure 41(a), the Court may dismiss Plaintiff's action, in its entirety, with prejudice, with each party to bear their own attorneys' fees and costs.

DATED: December 6, 2021

| AARON D. FORD<br>Attorney General | LAW OFFICES OF NICOLE HARVEY |
|---|---|
| By: /s/ Kevin A. Pick<br>KEVIN A. PICK<br>Senior Deputy Attorney General<br>Nevada Bar No. 11683<br>CARRIE L. PARKER<br>Deputy Attorney General<br>Nevada Bar No. 10952<br>Office of the Attorney General | By: /s/ Nicole M. Harvey<br>NICOLE M. HARVEY<br>Nevada Bar No. 11147<br>4894 Sparks Boulevard<br>Sparks, NV  89436<br>Tele: (775) 852-5225<br>Email: nicole@nevadacounsel.com |
| *Attorneys for Defendant, State of Nevada, Department of Agriculture* | *Attorney for Plaintiff Anette Rink, DVM, PhD* |

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

Dated: December 21, 2021